UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| HIGH DESERT RECREATION, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PYRAMID LAKE PAIUTE TRIBE,<br><br>　　　　　Defendant. | 3:06-cv-00588-LRH-RAM<br><br>ORDER |

　　　Before the court is Defendant's Motion for Attorneys Fees (#24). Based upon the court's order which dismissed this action on jurisdictional grounds and because Plaintiff's action was not frivolous, the court declines to award attorneys fees and costs to Defendant.

　　　GOOD CAUSE APPEARING, Defendant's Motion for Attorneys Fees (#24) is DENIED.

　　　IT IS SO ORDERED.

　　　DATED this 16th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE